IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


Tint World, LLC,                              )        Case No.
                                             )
                    Plaintiff                )
                                             )
        vs.                                  )        Judge _____
                                             )
The Tint Store Pompano Beach, Inc. )
                                             )
                    Defendant                )


## COMPLAINT

For its Complaint against the Defendant, The Tint Store Pompano Beach, Inc.
("Defendant"), the Plaintiff, Tint World, LLC ("Tint World") states as follows:


## PARTIES, JURISDCITION, AND VENUE


1.      The Plaintiff, Tint World, is a Florida limited liability company with its principal
place of business in Boca Raton, Florida. Tint World is and at all relevant times has been
registered to conduct business in the State of Florida.


2.      The Defendant is a Florida Corporation which, upon information and belief, has its
principal place of business at 2301 N. Federal Highway, Pompano Beach, FL 33062.


3.      Pursuant to 15 U.S.C § 1121(a) and 28 U.S.C. § 1338(a), this Court has original
jurisdiction over the claims asserted herein under the Lanham Act, 15 U.S.C. § 1051, *et seq.*
Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over all claims not
arising under the Lanham Act.

4.      Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## BACKGROUND
### Tint World's Activities and Rights

5.      Tint World franchises automobile detailing and restoration businesses under its trademark "Tint World" which is registered, in several forms, in the United States Patent and Trademark Office. The Tint World mark is also registered in trademark offices around the world.

6.      Currently, Tint World has 54 franchisees, 13 of which have stores in Florida.

7.      Since 2006, Tint World has invested millions of dollars and tens of thousands of hours in developing its franchise system, running its franchising operation, promoting the businesses run by its franchisees, and creating and maintaining the renown, reputation, and goodwill of its national brand established under the brand name Tint World.

8.      Tint World owns US Trademark Registration No. 3,444,106 ('106 Registration) for the word mark **TINT WORLD** for Installation services, namely, installation of tinted plastic films on the windows of automobiles, residential buildings, commercial buildings and marine vessels; vehicle automobile detailing, washing and polishing services; vehicle restoration services, namely, paint touch ups, dent repair, interior trim repair and installing auto accessories; installing residential and commercial shutters, installing security film and installing auto alarms. A copy of Certificate of Registration No. 3,444,106 is attached to this complaint and marked Exhibit A.

9.    Tint World owns US Trademark Registration No. 3,483,593 ('593 Registration) for the mark TINT WORLD and Design:



for installation services, namely, installation of tinted plastic films on the windows of automobiles, residential buildings, commercial buildings and marine vessels; vehicle automobile detailing, washing and polishing services; vehicle restoration services, namely, paint touch ups, dent repair, interior trim repair and installing auto accessories; installing residential and commercial shutters, installing security film and installing auto alarms. A copy of Certificate of Registration No. 3,444,106 is attached to this complaint and marked Exhibit B.

10.    Tint World owns US Trademark Registration No. 3,483,594 ('594 Registration) for the mark TINT WORLD and Design:



for installation services, namely, installation of tinted plastic films on the windows of automobiles, residential buildings, commercial buildings and marine vessels; vehicle automobile detailing, washing and polishing services; vehicle restoration services, namely, paint touch ups, dent repair, interior trim repair and installing auto accessories; installing residential and commercial shutters, installing security film and installing auto alarms. A copy of Certificate of

Registration No. 3,444,106 is attached to this complaint and marked Exhibit C.

11.     Tint World owns US Trademark Registration No. 3,483,595 ('595 Registration) for the mark TINT WORLD and Design:



for installation services, namely, installation of tinted plastic films on the windows of automobiles, residential buildings, commercial buildings and marine vessels; vehicle automobile detailing, washing and polishing services; vehicle restoration services, namely, paint touch ups, dent repair, interior trim repair and installing auto accessories; installing residential and commercial shutters, installing security film and installing auto alarms. A copy of Certificate of Registration No. 3,444,106 is attached to this complaint and marked Exhibit D.

12.     The trademarks referenced above are collectively referred to as "Tint World Marks." In addition, Tint World owns several US Trademark registrations for other marks which its franchisees use in connection with providing their services. The Tint World Marks are registered in more than two dozen countries around the world. Tint World's franchisees' stores have products and displays arranged in a uniform and consistent way such that customers who might be familiar with a particular Tint World store would, upon entering another Tint World store, recognize the layout and display arrangement as that of a Tint World Store. Tint World stores also have uniform color patterns and, of course, signage bearing the registered Tint World Marks. Together, these features of Tint World stores combine to present a unique and distinctive

4

appearance that constitutes an exclusive and protected trade dress that consumers recognize as an indication that they are in a Tint World franchise store.

13.     Tint World's Marks are recognized and relied upon by consumers as identifying Tint World's franchisees' stores and they are used by consumers to distinguish Tint World's franchisees' stores from the stores of their competitors. As a result, the Tint World Marks have acquired substantial goodwill and are an extremely valuable commercial asset.

14.     Tint World provides its franchisees with marketing and promotional materials and materials used by them in the day to day operation of their franchised stores. These materials include invoices which bear a warranty statement. The warranty statement is protected by copyright and the copyright is owned by Tint World.

15.     Tint World has invested enormous amounts of time and resources to create, develop, and protect its intellectual property; and to create and maintain the goodwill of its national brand.

## Defendant's Unlawful and Infringing Activities

16.     In about March, 2016, Michael Warren ("Warren") incorporated the Defendant under the laws of the State of Florida. The Defendant immediately began operating a store located at 2301 N. Federal Highway, Pompano Beach, FL 33062 ("Infringing Location").

17.    Outside of the store at the Infringing Location, there is a sign that reads Tint World.

18.    The inside of this store has the look and feel, i.e., the layout, the colors, the posters, and the displays, for example, are highly similar to the corresponding elements of the interior design of genuine Tint World franchisees' stores. Further, the Tint World trademarks are liberally displayed throughout the store at the Infringing Location. Photographs showing some of the instances where the Tint World Marks appear inside of this store are attached to this complaint and marked Exhibit E.

19.     When this store makes a sale, the customer is provided with a bill of sale and, on the back of that bill of sale, there is a printed warranty. The warranty is an exact copy of the copyrighted Tint World warranty but for the fact that the name Tint World has been replaced by Tint Store. A copy of the warranty distributed at this store is attached to this complaint and marked Exhibit F.

## FIRST CLAIM FOR RELIEF
### (Trademark Infringement and Counterfeiting Under the Lanham Act 15 U.S.C. § 1114)

20.     Tint World restates and incorporates paragraphs 1-19 above.

21.     Tint World is the owner of the Tint World Marks, which are duly registered in the United States Patent and Trademark Office pursuant to the Lanham Act.   Tint World's exclusive right to use its marks is incontestable. The Tint World Marks are registered for services which are identical to the services which are provided by the Defendant.

22.     The Defendant is using the registered Tint World Marks, without Tint World's permission or authorization, and such counterfeit marks are identical with or substantially indistinguishable from the registered Tint World Marks.

23.     Upon information and belief, the Defendant is using the counterfeit Tint World Marks intentionally and knowing them to be counterfeits, as defined in 15 U.S.C. §1116.

24.     The use by the Defendant of the Tint World Marks and counterfeits of those trademarks in interstate commerce is a violation of 15 U.S.C. § 1114 and infringes upon Tint World's rights in the Tint World Marks; creates a likelihood of injury to Tint World's business reputation and that of its franchisees; creates a likelihood of confusion, mistake, and deception among the general public, and is calculated to damage Tint World's reputation and good will associated with the Tint World Marks, to the detriment of Tint World and its franchisees.

25.     Moreover, the Defendant's acts were committed with knowledge of the Tint World Marks and these acts were committed with the intent to cause confusion, or to cause

mistake, or to deceive.

26.     The use of the Tint World Marks and counterfeits of those trademarks and service marks by the Defendant to promote, market, and sell products and services identical to those promoted, marketed, and sold by Tint World constitutes counterfeiting and trademark infringement under 15 U.S.C. § 1114.

27.     The Defendant committed these actions with knowledge that its use of such imitation and counterfeit Tint World Marks would cause confusion, or cause mistake, or deceive.

28.     The Defendant's unlawful, deliberate, and willful infringement of Tint World's Marks, and use of counterfeits of Tint World's Marks, was carried out by the Defendant with actual and/or constructive knowledge of Tint World's rights, and has caused and will continue to cause damage and serious and irreparable harm to Tint World, in an amount to be proved at trial.

29.     The actions of the Defendant have caused, and unless enjoined by this Court, will continue to cause a likelihood of confusion and public deception in the marketplace, and injury to Tint World's goodwill and reputation for which Tint World has no adequate remedy at law.

30.     Tint World is entitled to a preliminary and permanent injunction, enjoining the Defendant from committing further violations of Tint World's rights, pursuant to 15 U.S.C. § 1116.

31.     Tint World is also entitled to all other remedies available to it under the Lanham Act, including, but not limited to, disgorgement of profits and compensatory damages pursuant to 15 U.S.C. § 1117(a); treble damages pursuant to 15 U.S.C. § 1117(b); and statutory damages pursuant to 15 U.S.C. § 1117(c).

32.     Moreover, the foregoing acts of infringement by the Defendant have been and continue to be deliberate, willful, and wanton, making this an "exceptional case" within the meaning of 15 U.S.C. § 1117, thereby entitling Tint World to recover its reasonable attorney fees and costs.

## SECOND CLAIM FOR RELIEF
### (False Designation of Origin under the
### Lanham Act 15 U.S.C. § 1125(a)(l)(A))

33.     Tint World restates and incorporates paragraphs 1-32 above.

34.     Upon information and belief, the Defendant is responsible for the operation of the store at the Infringing Location and for the display of the Tint World Marks outside of and inside of the store, and has done so without Tint World's knowledge or authorization.

35.     The unlawful use of the Tint World Marks by the Defendant has resulted in consumers deceptively being led to believe that the services offered at the Infringing Location are sponsored by, or are otherwise approved of by Tint World, in violation of 15 U.S.C. § 1125(a)(1)(A).

36.     The unlawful, deliberate, and willful infringement of the Tint World Marks by the Defendant, and the use of counterfeits of the Tint World Marks, was carried out by the Defendant with actual and/or constructive knowledge of Tint World's rights, and has caused and will continue to cause irreparable harm to Tint World and to cause it damages in an amount to be proved at trial.

37.     Tint World  is  entitled  to  preliminary and permanent injunctive relief, enjoining the Defendant from further violations of Tint World's rights, pursuant to 15 U.S.C. § 1116.

38.     Tint World is also entitled to all other remedies available under the Lanham Act, including, but not limited to, disgorgement of profits and compensatory damages pursuant to 15 U.S.C. § 1117(a); treble damages pursuant to 15 U.S.C. § 1117(b); and statutory damages

pursuant to 15 U.S.C. § 1117(c).

39.     Moreover, the foregoing acts of infringement have been and continue to be deliberate, willful, and wanton, making this an "exceptional case" within the meaning of 15 U.S.C. § 1117, and entitling Tint World to recover reasonable attorney fees and costs.

## THIRD CLAIM FOR RELIEF
### (Unfair Competition/False Advertising under
### The Lanham Act 15 U.S.C. § 1125(a)(l)(B))

40.     Tint World restates and incorporates paragraphs 1-39 above.

41.     The Defendant has used and continue to use Tint World's Marks in connection with goods or services and false and misleading descriptions or representations of fact in commercial advertising or promotion, thereby misrepresenting the nature, characteristics, and qualities of his or another person's goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a)(1)(B).

42.     The unlawful, deliberate, and willful infringement of Tint World's Marks by the Defendant and its use of counterfeits of Tint World's Marks, was carried out with actual and/or constructive knowledge of Tint World's rights, and has caused and will continue to cause serious and irreparable harm to Tint World, and have damaged it in an amount to be proved at trial.

43.     Tint World is entitled to preliminary and permanent injunctive relief, enjoining the Defendant from committing further violations of Tint World's rights, pursuant to 15 U.S.C. § 1116.

44.     Tint World is entitled to preliminary and permanent injunctive relief, enjoining the Defendant from committing further violations of Tint World's rights, pursuant to 15 U.S.C. § 1116.

45.     Tint World is also entitled to all other remedies available under the Lanham Act,

including, but not limited to, disgorgement of profits and compensatory damages pursuant to 15 U.S.C. § 1117(a); treble damages pursuant to 15 U.S.C. § 1117(b); and statutory damages pursuant to 15 U.S.C. § 1117(c).

46.     Moreover, the foregoing acts of infringement have been and continue to be deliberate, willful, and wanton, making this an "exceptional case" within the meaning of 15 U.S.C. § 1117, and entitling Tint World to recover reasonable attorney fees and costs.

**FOURTH CLAIM FOR RELIEF**
**(Injunctive Relief for Violation of the**
**Lanham Act 15 U.S.C. § 1116)**

47.     Tint World restates and incorporates paragraphs 1-46 above.

48.     As noted above, Tint World is the owner of the Tint World Marks, which are registered in the United States Patent and Trademark Office pursuant to the Lanham Act.

49.     Tint World has developed its trademarks and service marks at great expense so that today they are valuable and irreplaceable assets. Additionally, Tint World has invested substantial sums in advertising and promoting its goods and services under the Tint World Marks in connection with the marketing and sale of its services and related goods. As a result, the Tint World Marks are highly distinctive and have become favorably known in the minds of the purchasing public.

50.     Without authorization, the Defendant has passed off their goods and services as the goods and services of Tint World the Defendant's unauthorized use of Tint World's Marks to promote, market, and sell services identical to the services offered by Tint World franchisees and has caused a likelihood of confusion or misunderstanding in the buying public.

51.     Without authorization, the Defendant, in connection with its goods and services, has used in commerce the Tint World Marks and such use is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association between the

Defendant and Tint World, and such use is likely to cause confusion, or to cause mistake, or to deceive consumers as to the origin, sponsorship, or approval of the goods, services, or commercial activities of the Defendant.

52.      The Defendant's continued use in interstate commerce of the Tint World Marks infringes upon, and is likely to damage, Tint World's goodwill and reputation associated with its Tint World Marks, and such use creates a likelihood of injury to Tint World's business reputation and cause substantial likelihood of confusion among the general public as to the origin of the Defendant's goods and services.

53.      The Defendant's acts of counterfeiting and infringing have caused and will continue to cause damage and irreparable injury to Tint World if not restrained by this Court from further violating Tint World's rights.

54.      Tint World has no adequate remedy at law, and accordingly seeks injunctive relief under 15 U.S.C. §  1116, enjoining the Defendant from using the Tint World Marks and trade dress at the Infringing Location and from engaging in any other unlawful conduct.

**FIFTH CLAIM FOR RELIEF**
**(Trademark Infringement in Violation of § 495.131, Fla. Stat. (2010)**

55.      Tint World restates and incorporates paragraphs 1-54 above.

56.      Tint World is the owner of the mark Tint World, which is duly registered in the Office of the Florida Secretary of State. The Florida trademark registration, No. T15922 for the mark Tint World recites services which are identical to the services which are provided by the Defendant.

57.      The Defendant is using marks which are copies of, and counterfeits of, Tint World's registered mark Tint World, without Tint World's permission or authorization, in connection with the sale, distribution, and advertising of goods and services which are identical

to the goods and services offered by Tint World.

58.     Upon information and belief, the Defendant is using the counterfeit mark Tint World intentionally and knowing that its use thereof is intended to cause confusion or mistake, or to deceive.

59.     The use by the Defendant of the mark Tint World and counterfeits of that mark in commerce in Florida is a violation of § 495.131, Fla. Stat. (2010) and it infringes upon Tint World's rights in its registered mark Tint World and is intended to cause and is effectively causing injury to Tint World's business reputation and that of its franchisees, is creating a likelihood of confusion, mistake, and deception among the general public; and is damaging Tint World's reputation and good will associated with the mark Tint World to the detriment of Tint World and its franchisees.

60.     The use of the mark Tint World and counterfeits thereof by the Defendant to promote, market, and sell products and services identical to those promoted, marketed, and sold by Tint World constitutes counterfeiting and trademark infringement under, as defined in § 495.131, Fla. Stat. (2010).

61.     The Defendant's unlawful, deliberate, and willful infringement of the mark Tint World, and its use of counterfeits of the mark Tint World, have been carried out by the Defendant with actual knowledge of Tint World's rights in the mark Tint World and such use and infringement has caused and will continue to cause damage and serious and irreparable harm to Tint World.

62.     The actions of the Defendant have caused, and unless enjoined by this Court, will continue to cause a likelihood of confusion and public deception in the marketplace, and injury to Tint World's goodwill and reputation for which Tint World has no adequate remedy at law.

63.     Tint World is entitled to a preliminary and permanent injunction, enjoining the Defendant from committing further violations of Tint World's rights, pursuant to

§ 495.141, Fla. Stat. (2010).

64.     Tint World is also entitled to all other remedies available to it under § 495.141, Fla. Stat. (2010) including, but not limited to, disgorgement of profits and compensatory damages; treble damages; and an award of its reasonable attorney's fees.

## SIXTH CLAIM FOR RELIEF
### (Injury to Business Reputation and Dilution)

65.     Tint World restates and incorporates paragraphs 1-64 above.

66.     Tint World and its franchisees provide goods and services of the highest quality and they have established a stellar reputation for customer service. Consumers associate these attributes with the Tint World Marks and Tint World and its franchisees work hard every day to maintain and improve the quality of their goods and services to, in turn, maintain and build the reputation associated with the Tint World Marks.

67.     The Defendant is using marks which are copies of, and counterfeits of, the Tint World Marks in connection with the sale, distribution, and advertising of goods and services which are identical to the goods and services offered by Tint World.

68.     Tint World has no control over the quality of goods and services offered by the Defendant. On information and belief, the goods and services offered by the Defendant are substandard and do not meet the high standards of quality set by Tint World and its franchisees.

69.     The Defendant's use of the Tint World Marks has created a clear, present, and substantial likelihood of injury to the reputation of Tint World and its franchisees in violation of § 495.151, Fla. Stat. (2010)

70.     Tint World is entitled to a preliminary and permanent injunction, enjoining the Defendant from committing further violations of Tint World's rights, pursuant to § 495.151, Fla. Stat. (2010).

14

## SEVENTH CLAIM FOR RELIEF
### (Unjust Enrichment)

71.     Tint World restates and incorporates paragraphs 1-70 above.

72.     Tint World and its franchisees provide goods and services of the highest quality. Consumers associate these attributes with the Tint World Marks and Tint World and its franchisees work hard every day to maintain and improve the quality of their goods and services to, in turn, maintain and build the reputation associated with the Tint World Marks. Tint World and its Florida franchisees have spent millions of dollars to promote the Tint World Marks to consumers and to motivate consumers to seek out the goods and services of genuine Tint World franchisees.

73.     The Defendant is using the power of the Tint World brand to steal customers and potential customers away from authorized, genuine Tint World franchisees thereby unjustly enriching itself at the expense of Tint World and its franchisees, especially those in proximity to the Defendant's store at the Infringing Location, namely:

Tint World store #007, Sunrise, FL – 14 miles from the Infringing Location;
Tint World store #006, Boca Raton, FL – 16 miles from the Infringing Location;
Tint World store #023, Ft. Lauderdale, FL – 18 miles from the Infringing Location; and
Tint World store #008, Weston, FL – 23 miles from the Infringing Location.

74.     Tint World is entitled to a preliminary and permanent injunction, enjoining the Defendant from continuing to unjustly enrich itself at the expense of Tint World and to recover damages in an amount to be determined at trial.

## EIGHTH CLAIM FOR RELIEF
### (Tortious Interference with Business Relationships)

75.     Tint World restates and incorporates paragraphs 1-73 above.

15

76.     Tint World has four franchisees operating Tint World stores within 25 miles from the Infringing Location. These franchisees pay franchise fees to Tint World for, among other things, the exclusive rights to use the Tint World Marks in connection with the operation of their stores in the territories defined in their individual franchise agreements.

77.     The Defendant is using marks which are copies of, and counterfeits of, the Tint World Marks in connection with the sale, distribution, and advertising of goods and services which are identical to the goods and services offered by Tint World franchisees. These actions undermine and interfere with a fundamental aspect of the business relationships between Tint World and its franchisees, namely the granting by Tint World to its franchisees and exclusive right to use the Tint World Marks within their franchise territories.

78.     The Defendant is fully aware of Tint World and the Tint World Marks and the portion of the business relationships between Tint World and its franchisees which is founded upon the franchisees being granted the exclusive rights to use the Tint World Marks within their franchise territories. The Defendant is knowingly and intentionally interfering with these business relationships to the detriment of the business relationships between Tint World and its franchisees.

79.     Tint World is entitled to a preliminary and permanent injunction, enjoining the Defendant from continuing to intentionally interfere with the business relationships between it and its franchisees, especially those in proximity to the Infringing Location.


**WHEREFORE,** Plaintiff Tint World respectfully requests that the Court enter Judgment in its favor and Order:

A.      The immediate seizure of all goods bearing counterfeits of the Tint World Marks, the means of making such marks, and records documenting the manufacture, sale, or receipt of all things involved in the infringement and counterfeiting activities of the Defendant;

B.      The issuance of a preliminary and permanent injunction enjoining  the Defendant,

and its officers, agents, representatives, servants, employees, attorneys, successors, and assignees, and all others aiding, abetting, or acting in concert therewith, from using the Tint World Marks in connection with selling, offering for sale, manufacturing, supplying, distributing, printing, or advertising any goods or services, or any labels or packaging, bearing the Tint World Marks or any other mark that is likely to cause confusion among consumers;

C.      The Defendant to deliver to Tint World for destruction all labels, signs, prints, products, or advertisements in their possession or control bearing Tint World's Marks, and any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same;

D.      The Defendant to transfer the phone number or numbers currently serving the operation at the Infringing Location;

E.      The Defendant to file with the Court, and serve upon Tint World, within thirty (30) days after the entry and service on them of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which they have complied with the terms of such injunction;

F.      The Defendant to account for any and all profits that it has received as a direct or indirect result of, or due to, the conduct alleged herein and pay Tint World an amount no less than three times the profits of the Defendant during the term of the infringing activities;

G.      The Defendant to pay to Tint World its reasonable attorney fees, costs, and expenses in this action pursuant to 35 U.S.C. § 285, 15 U.S.C. § 1117(a) and/or other applicable law, including § 495.141, Fla. Stat;

H.      The Defendant to pay to Tint World pre-judgment and post-judgment interest on all damages recovered by or awarded to it; and

I.      Granting Tint World all such other or additional relief as is just and proper.

17

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues in this action triable of right by a jury.

Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Telephone: (954) 636-3802
Facsimile: (772) 252-3365


By: /Scott M. Behren/
        Scott M. Behren
        Fla. Bar No. 987786

Exhibit A

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,444,106

Registered June 10, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TINT WORLD

TINT WORLD, LLC (FLORIDA LTD LIAB CO)
2375 NW 49TH LANE
BOCA RATON, FL 33431

FOR: INSTALLATION SERVICES, NAMELY, IN-STALLATION OF TINTED PLASTIC FILMS ON THE WINDOWS OF AUTOMOBILES, RESIDENTIAL BUILDINGS, COMMERCIAL BUILDINGS AND MARINE VESSELS; VEHICLE AUTOMOBILE DE-TAILING, WASHING AND POLISHING SERVICES; VEHICLE RESTORATION SERVICES, NAMELY, PAINT TOUCH UPS, DENT REPAIR, INTERIOR TRIM REPAIR AND INSTALLING AUTO ACCES-SORIES; INSTALLING RESIDENTIAL AND COM-MERCIAL SHUTTERS, INSTALLING SECURITY FILM AND INSTALLING AUTO ALARMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-31-1983; IN COMMERCE 1-31-1983.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TINT", APART FROM THE MARK AS SHOWN.

SER. NO. 77-206,984, FILED 6-15-2007.

MICHAEL SOUDERS, EXAMINING ATTORNEY

Exhibit B

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

## United States Patent and Trademark Office

Reg. No. 3,483,593

Registered Aug. 12, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



TINT WORLD, LLC (FLORIDA LTD LIAB CO)
2375 NW 49TH LANE
BOCA RATON, FL 33431

FOR: INSTALLATION SERVICES, NAMELY, IN-STALLATION OF TINTED PLASTIC FILMS ON THE WINDOWS OF AUTOMOBILES, RESIDENTIAL BUILDINGS, COMMERCIAL BUILDINGS AND MARINE VESSELS; VEHICLE AUTOMOBILE DE-TAILING, WASHING AND POLISHING SERVICES; VEHICLE RESTORATION SERVICES, NAMELY, PAINT TOUCH UPS, DENT REPAIR, INTERIOR TRIM REPAIR AND INSTALLING AUTO ACCES-SORIES; INSTALLING RESIDENTIAL AND COM-MERCIAL SHUTTERS, INSTALLING SECURITY

FILM AND INSTALLING AUTO ALARMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1983; IN COMMERCE 1-1-1983.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TINT", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF "TINT WORLD" SU-PERIMPOSED ON A SPHERE WITH A STYLIZED AUTOMOBILE.

SER. NO. 77-250,129, FILED 8-8-2007.

MICHAEL SOUDERS, EXAMINING ATTORNEY

Exhibit C

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,483,594
Registered Aug. 12, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

*TINT WORLD*

TINT WORLD, LLC (FLORIDA LTD LIAB CO)
2375 NW 49TH LANE
BOCA RATON, FL 33431

FOR: INSTALLATION SERVICES, NAMELY, IN-STALLATION OF TINTED PLASTIC FILMS ON THE WINDOWS OF AUTOMOBILES, RESIDENTIAL BUILDINGS, COMMERCIAL BUILDINGS AND MARINE VESSELS; VEHICLE AUTOMOBILE DE-TAILING, WASHING AND POLISHING SERVICES; VEHICLE RESTORATION SERVICES, NAMELY, PAINT TOUCH UPS, DENT REPAIR, INTERIOR TRIM REPAIR AND INSTALLING AUTO ACCES-SORIES; INSTALLING RESIDENTIAL AND COM-MERCIAL SHUTTERS, INSTALLING SECURITY FILM AND INSTALLING AUTO ALARMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-7-2007; IN COMMERCE 7-7-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TINT", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF "TINT WORLD" WITH A GLOBE INSIDE THE LETTER "O".

SER. NO. 77-250,167, FILED 8-8-2007.

MICHAEL SOUDERS, EXAMINING ATTORNEY

Exhibit D

Int. Cl.: 37

Prior U.S. Cls.: 100, 103 and 106

## United States Patent and Trademark Office

Reg. No. 3,483,595

Registered Aug. 12, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



TINT WORLD, LLC (FLORIDA LTD LIAB CO)
2375 NW 49TH LANE
BOCA RATON, FL 33431

FOR: INSTALLATION SERVICES, NAMELY, INSTALLATION OF TINTED PLASTIC FILMS ON THE WINDOWS OF AUTOMOBILES, RESIDENTIAL BUILDINGS, COMMERCIAL BUILDINGS AND MARINE VESSELS; VEHICLE AUTOMOBILE DETAILING, WASHING AND POLISHING SERVICES; VEHICLE RESTORATION SERVICES, NAMELY, PAINT TOUCH UPS, DENT REPAIR, INTERIOR TRIM REPAIR AND INSTALLING AUTO ACCESSORIES; INSTALLING RESIDENTIAL AND COMMERCIAL SHUTTERS, INSTALLING SECURITY FILM AND INSTALLING AUTO ALARMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-31-2002; IN COMMERCE 1-31-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TINT", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF "TINT WORLD" SUPERIMPOSED ON A SPHERE SURROUNDED BY REPRESENTATIONS OF A BOAT, AUTOMOBILE AND BUILDINGS.

SER. NO. 77-250,206, FILED 8-8-2007.

MICHAEL SOUDERS, EXAMINING ATTORNEY

Exhibit E











Exhibit F

# THE TINT STORE LIMITED WARRANTY

## Automotive Window Tinting Film

**WHAT IS COVERED BY THE WARRANTY**

Your newly installed Automotive Window Tinting Film and Warranty Term indicated on the front side of your The Tint Store invoice is warranted through The Tint Store as an Authorized Dealer of the Film Manufacturer to the original purchaser. The Warranty Terms are outlined below and/or otherwise on a separate document for the product purchased and indicated on the face of this invoice and begins from the original date of service. It is required by the Film Manufacturer to provide the Film Type, VLT Percent and Roll Number to receive the warranty. To obtain this warranty you must present the Warranty Number, Film Type, VLT Percent and Roll Number, found on the face of this invoice and/or on a separate document. This warranty does not cover damage to film or other claims outside the warranty referenced below.

### Premium Automotive Window Film *Limited Lifetime Warranty

The Film Manufacturer and the Authorized Automotive Window Film Dealer (collectively referred to as "Seller" herein) warrant that as long as you own your vehicle, Premium Automotive Window Films will:
1. Maintain Solar Reflective properties without cracking, crazing, or demetalizing.
2. Maintain Adhesion without blistering, bubbling or delaminating from the glass.

### Supreme Automotive Window Film *Limited Lifetime Warranty

The Film Manufacturer and the Authorized Automotive Window Film Dealer (collectively referred to as "Seller" herein) warrant that as long as you own your vehicle, Supreme Automotive Window Films will:
1. Maintain Solar Reflective properties without cracking, crazing, or demetalizing.
2. Maintain Adhesion without blistering, bubbling or delaminating from the glass.
3. Maintain film's color and never fade to purple.

### Ultimate Automotive Window Film Limited *Lifetime Warranty

The Film Manufacturer and the Authorized Automotive Window Film Dealer (collectively referred to as "Seller" herein) warrant that as long as you own your vehicle, Ultimate Automotive Window Films will:
1. Maintain Solar Reflective properties without cracking, crazing, or demetalizing.
2. Maintain Adhesion without blistering, bubbling or delaminating from the glass.
3. Maintain film's color and never fade to purple.

### Platinum Automotive Window Film Limited *Lifetime Warranty

The Film Manufacturer and the Authorized Automotive Window Film Dealer (collectively referred to as "Seller" herein) warrant that as long as you own your vehicle, Platinum Automotive Window Films will:
1. Maintain Solar Reflective properties without cracking, crazing, or demetalizing.
2. Maintain Adhesion without blistering, bubbling or delaminating from the glass.
3. Maintain film's color and never fade to purple.

In the event the product is found to be defective under this warranty, Seller will replace film with a comparable quality film, if proved to be defective. Seller will also provide reapplication labor free of charge during the warranty period. This warranty is provided only to the original consumer and is not transferable. To obtain warranty service, please contact any The Tint Store Center or any Authorized Automotive Window Film Dealer of the Film Manufacturer in the U.S. or the Film Manufacturer's Customer Service and Product Information Center.

## Auto Alarms & Remote Functions

Your newly installed auto alarm and/or remote functions, indicated on the front side of your The Tint Store invoice is warranted for as long as you, the original purchaser, own the vehicle serviced, except for remotes and sirens which will revert to the additional parts and service warranty terms. Labor on all auto alarms and/or remote functions sold and installed by The Tint Store is warranted for as long as you, the original purchaser, own the vehicle serviced.

## Audio/Video & Electronics

Your newly installed audio/video and/or other electronics indicated on the front side of your The Tint Store invoice is warranted for a period of 365-days from the original date of service. Labor on all audio/video and/or electronics sold and installed by The Tint Store is warranted for a period of 365-days from the original date of service.

## Other Parts & Service

All other The Tint Store parts and labor services** itemized on the front side of your The Tint Store invoice is warranted for a period of 90-days from the original date of sale and/or service. Additional warranties that may apply through the Manufacturer and/or Extended Warranties of products beyond the The Tint Store Warranty will be provided on a separate Manufacturer and/or Extended Warranty policy documentation.

THE DURATION OF ALL IMPLIED WARRANTIES ARE LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES AS STATED ABOVE.

**WHAT WILL HAPPEN WHEN PARTS, INSTALLATION OR REPAIRS ARE REQUIRED UNDER WARRANTY**

During the warranty period, in the event of a defect and malfunction or other failure of the products covered not caused by negligence, misuse or any other cause other than normal use and operation, The Tint Store will replace or repair [any] warranted part without charge for the part to the customer. Other parts and services may be required at an additional charge to restore the vehicle for safe operation and/or allow the warranted part and/or service to operate and perform in the manor it was intended.

**WHAT YOU MUST DO TO OBTAIN WARRANTY SERVICE**

To obtain warranty service you must have this receipt and/or any other supporting warranty documentation, and present it along with the vehicle originally serviced, at the time you are requesting warranty repairs and service. [If] the receipt is not presented at the time warranty service is requested, you will be charged for any parts and/or service that may have been covered under the warranty and no refund will be issued [if] the receipt is located at a later date.

**WHERE YOU CAN OBTAIN WARRANTY SERVICE**

To obtain warranty service you should first attempt to contact the The Tint Store Center that performed the service on your vehicle. The address and phone number of this Center is shown on the front side of your original invoice. If the The Tint Store Center that performed the original service is not convenient, then contact or visit the closest The Tint Store Center offering the warranted service. This warranty is only valid at The Tint Stores.

**WHO MAKES THE WARRANTY**

The warranty is made by The Tint Store and/or the product Manufacturer. It will be honored by all authorized The Tint Store Centers that offer the warranted service.

**WHO IS COVERED**

The warranty covers only the original purchaser and retained only by the face of the original invoice. It is not transferable.

**EXCLUSIONS**

[This] warranty does [not] authorize specific labor, parts, or service required for satisfactory performance and safe operation. The warranty does [not cover] the product [if it has] been removed by any facility or person other than an authorized The Tint Store Center. This warranty does not cover the cost of additional [parts required] before or beyond the repair specialist. This warranty does not apply to parts or service not purchased from and/or not originally installed by The Tint Store. THIS WARRANTY IS LIMITED TO THE REPAIR AND/OR REPLACEMENT OF ANY PART THAT IS DAMAGED DUE TO THE FAILURE OF THE WARRANTED PARTS OR OTHER CONSEQUENTIAL DAMAGES. THIS WARRANTY [DOES NOT] COVER INCLUDING BUT NOT LIMITED TO, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF VEHICLE, TOWING CHARGES OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES.

[Some states] do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation may not apply to you.

[This] warranty gives you specific legal rights, and you may also have other rights that vary from state to state or province to province.

[Where required] by law this warranty is excluded from the warranty coverage.

[If your vehicle] is equipped with [an] anti-theft or travel disable systems, Check with your authorized The Tint Store Dealer at the time of purchase.

**THIS LIMITED WINDOW FILM WARRANTY** [TERMS]: IT MUST BE PRESENTED WITH YOUR ORIGINAL INVOICE TO PARTICIPATING AUTHORIZED AUTOMOTIVE WINDOW FILM DEALERS TO RECEIVE WARRANTY SERVICE. THE AVAILABILITY OF THE WARRANTY SERVICE WILL VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE DEPENDING ON THE LAW GOVERNING THE LEGALITY OF AUTOMOBILE WINDOW TINTING. This warranty covers the application of Window Films only. Seller reserves the right to test any film under warranty service. THIS WARRANTY IS VOID IF THE [PRODUCT HAS BEEN] SUBJECTED TO ABUSE OR IMPROPER CARE, EXCEPT FOR THE OBLIGATION TO REPLACE DEFECTIVE FILM AND REAPPLY FILM AS DESCRIBED ABOVE. SELLER SHALL [NOT BE LIABLE FOR CONTRACT] OR FOR ANY LOSS OR DAMAGE DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, OR INCIDENTAL, ARISING OUT OF THE USE OR INABILITY TO [USE THE PRODUCT]. [If the] Window Film is installed, there may be a hazy appearance, blistering or moisture [that may occur]. Automotive Window Film may be washed with common washing solutions thirty (30) days after installation. Do not operate windows until your film is dry. Abrasive [cleaners or] brushes may damage the film caused by the moisture used in applying the film. After this moisture [evaporates], the film will have a distortion-free and may not be used.

**CAR WASHING AND DETAILING ETC. ARE SPECIFICALLY EXCLUDED FROM THIS WARRANTY.**

THE WARRANTY AS STATED ABOVE CONSTITUTES THE ONLY WARRANTY OFFERED BY OR THROUGH THE TINT STORE. ANY ALTERATIONS, MODIFICATION, ADDITIONS AND/OR DELETION TO THE TERMS OF THIS WARRANTY WHETHER ORAL OR IN WRITING ARE VOID AND WILL NOT BE HONORED BY THE TINT STORE.