UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-62724-MORENO/O'SULLIVAN

TINT WORLD, LLC

    Plaintiff,

vs.

THE TINT STORE CORAL SPRINGS, INC.

    Defendant
_____/

## SUMMONS IN A CIVIL ACTION

TO:    **The Tint Store of Pompano Beach, Inc.**
**By Serving its Registered Agent:**
**Michael Warren**
**7830 Wiles Road-Suite A**
**Coral Springs, FL 33067**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

Scott M. Behren, Esq.
Behren Law Firm
2893 Executive Park Drive
Suite 110
Weston, FL 33331
(954) 636-3802
Fax (772) 252-3365
scott@behrenlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/17/2016 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Patrick Edwards*
Deputy Clerk
U.S. District Courts